[No. 54928-6-I.   Division One.   September 12, 2005.]

*In the Matter of the Estate of* PATRICK FRANZ.

MICHAEL FRANZ, *as Personal Representative* ET AL., *Appellants*, v. ALLSTATE INSURANCE COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-41134-5, Douglass A. North, J., entered August 20, 2004. *Affirmed* by unpublished opinion per Appelwick, A.C.J., concurred in by Coleman and Schindler, JJ.

[No. 53301-1-I.   Division One.   September 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. SCHWABLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07727-1, Cheryl B. Carey, J., entered October 20, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 54696-1-I.   Division One.   September 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY A. PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03253-9, Richard McDermott, J., entered July 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 52447-0-I.   Division One.   September 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06035-4, Catherine D. Shaffer, J., entered May 2, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.